# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**CATHY R. BARNETT**                                                               **PLAINTIFF**

**VS.**                                                      **CAUSE NO. 1:19-CV-00125-GHD-DAS**

**UNITED FURNITURE INDUSTRIES, INC.**                         **DEFENDANT**

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS

Upon motion of Plaintiff [Docket 23], no opposition from Defendant, and for good cause shown, it is hereby ORDERED that Plaintiff's Motion to Dismiss this case is GRANTED.

Accordingly, the Plaintiff's claims are DISMISSED WITH PREJUDICE and this case is CLOSED, with each party to bear their own costs.

ORDERED, this the 21st day of April, 2020.

_____
SENIOR U.S. DISTRICT JUDGE